PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

**FILED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Western_ DISTRICT OF TEXAS
_____ DIVISION

MAR 27 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

_Brian C. Tamez_ # _1144344_
Plaintiff's Name and ID Number

_Bexar County Ja_**SA23CA0380** **XR**
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_____
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _5 / 2021_

        2.  Parties to previous lawsuit:

            Plaintiff(s) _Myself V. Andrew Guererro_

            Defendant(s) _Andrew Guererro  etc_

        3.  Court: (If federal, name the district; if state, name the county.) _Weston, Texas_

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _Orlando Garcia_

        6.  Disposition:  (Was the case dismissed, appealed, still pending?) _pending_

        7.  Approximate date of disposition: _N/A_

II.    PLACE OF PRESENT CONFINEMENT: _Bexar County Jail_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Please view all electronic communications or

IV.    PARTIES TO THIS SUIT: — Kiosk, Bexar County Jail    #1144344

A. Name and address of plaintiff: _Brian C. Tamez_
_Bexar County Jail  200 N Comal St._
_San Antonio, TX  78207_

Please omit defendants 2-4

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _SAPD OFFICERS Arresting officers, personally_
Brian C. Tamez  _and in their official capacity for Cause no. 692018_
(state of Texas, San Antonio police department, Bexar county, Texas)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
1 deprivation of property 2 violation of privacy (liberty)
3 unreasonable search, and seizure

Defendant #2: _Bexar County Adult detention center_
_Law Library section_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Refusing, denying adequate service, and opportunity to properly research and prepare for my legal proceedings_

Defendant #3: _Bexar county adult detention center_
_Inmate meals/service_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Serving inadequate meals, improper portioning, not meeting temperature requirements, Health & safety violation in kitchen etc._

Defendant #4: _Bexar county adult detention center_
_corrections officers: Supervisors, sheriff, staff & subordinates of_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Policy of "the Floor" confining me to lie in my bunk with the lights off, denying me of exercising legal rights etc._

Defendant #5: _Bexar county adult detention center_
_sheriff, staff & subordinates, and all policy practicioners_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Use of corporal punishment, violations of Texas jail standards, falsifying documents such as temperature recording, information, and grievance info, & price gouging/Racketeering - commissary_

3

James, Brian C. #1144 544
200 North Comal St.
San Antonio, TX 78207

## Complaint Part (A)

March 20,
2023

On December 19, 2022 I was arrested by SAPD officers for State of Texas Cause no. 692016. I was falsely charged for stealing property that is in-fact mine. SAPD officers took my property regardless of ownership & gave it to "alleged victim" that filed a false report. SAPD officers also forced me to give them the password to access my cell phone; Illegally-searched me, and seized my property, arrested, questioned, booked, & turned me over to Bexar County Jail to be Illegally Magistrated for a Crime that I did not commit; Rather, was committed against me. Constitutional violations include and are not limited to amendments numbers 4, 5, 9, and 14.

Alleged victim - Joel Robert Ybarra (AKA RISK) 30, of San Antonio, Texas is a Criminal that Robs and steals from stores and citizens on the street to support

A2)

his drug habbit. He has arrests for cupitol murder, Robbery, theft, posession of narcotics, indangerment to a child etc. This case was poorly, and improperly investigated. His report was bogus, yet enabled him to gain posession of my property — once again, He had stolen from me once before.

I declare under penalty of purjury that these facts are true & correct,

Brian C. Tamez

200 N Comal
San Antonio, TX 78207

_Complaint part(A)_          March 20, 2023

On December 19, 2022 I was arrested by SAPD officers for State of Texas cause no 692016. I was falsely Charged for stealing my own property, that is in-fact mine. SAPD took my property regardless of ownership, and gave it to "alleged victim" that filed a false Complaint. SAPD Officers also forced me to give them the password to my cell-phone, Illegally searched me and Seized my property, arrested, questioned, booked, and turned me over to Bexar County Jail to be mugistrated (Illegally) for a crime that I did not Commit, Rather, was committed against me.

Constitutional violations include, and are not limited to Amendments numbers 4, 5, 9, and 14.

Alleged Victim - Joel Robert (AKA. RISK) Ybarra, 30, of san Antonio TX is a criminal that Robs, and steals

A2)

from stores, and citizens on the streets to support his drug habbit. He has arrests for Capital murder, Robbery, theft, posession of narcotics, indanger-ment to a child etc. This case was poorly, and improperly investigated. His report was bogus, yet enabled him to gain posession of my property — once again. He had stolen from me once before.

I declare under penalty of perjury that these facts are true, and correct,

Brian G. Tamez

V.  **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The following complaints are regarding my arrest and incarceration for State of Texas cause no. 692016. December 19, 2022-present
① Arresting SAPD officers falsely charged me with stealing my own property, took and gave my property to "Alleged victim", forced me to give [1st] them my password to my cell-phone, illegally searched, seized arrested, questioned and Maaistrated me. (December 19, 2023 San Antonio, TX)
omit → ② Bexar County Adult detention Center denial of properly designated policy regarding Law Library, Food preparation, Corrections policy violations such as "the freeze", and Corporal Punishment etc; falsifying documents, Price gouging / racketeering (Commissary)

VI.  **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.    [1st]

Legal jam Policy reparations + Corrections, as well as monetary award for enduring said violations

VII.  **GENERAL BACKGROUND INFORMATION:**

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Brian C. Tamez

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

do not recall

VIII.  **SANCTIONS:**

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES / NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

*C. – do not recall*

C. Has any court ever warned or notified you that sanctions could be imposed? ⟶ ____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: _Zo march 2023_
         DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ZO_____ day of ___march___, 20 _23_.
        (Day)               (month)      (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5