UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BRIAN C. TAMEZ, SID #1144344,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | SA-23-CV-00380-XR |
| **SAPD ARRESTING OFFICERS, Personally and in Their Official Capacities, in Brian C. Tamez v. State of Texas, Cause No. 692016,** | § § § § § | |
| **Defendants.** | § § | |

### FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's Order dismissing Plaintiff Brian C. Tamez's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to comply with the Court's prior Orders, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Brian C. Tamez's 42 U.S.C. § 1983 Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to comply with the Court's prior Orders. *See* FED. R. CIV. P. 41(b).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 1st day of November, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE